IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
_Southern_ DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
MAR 14 2014
ARTHUR JOHNSTON
BY_____ DEPUTY

John D. Lane                                            Plaintiff

vs                                         1:14cv127 HSO-RHW

Garden Park Medical Center                              Defendant
A Part of Hospital Corporation of America

## COMPLAINT

Comes now, Plaintiff, John D. Lane, Pro Se, and for cause of action against the defendant, Garden Park Medical Center, a part of Hospital Corporation of America, would state:

## JURISDICTION

This matter is being brought in federal court because the defendant is a national corporation based in Nashville, Tennessee.

I.

Plaintiff is an adult resident citizen of the County of Stone, State of Mississippi.

## FACTS

On March 19, 2012, Plaintiff was operated on for the removal of a cataract in his right eye. The operation was unsuccessful because the defendant failed to institute the special procedure required for patients who were currently or had in the past taken medicine for an enlarged prostate, such as Flomax. The omission of the special procedure left the Plaintiff blind in the right eye.

## RELIEF

Plaintiff seeks from the court recovery of expenses incurred subsequent to the operation including doctor visits, operations, medicine and rise in insurance rates caused by an automobile accident directly attributable to the reduced vision in the right eye. Additionally, Plaintiff seeks punitive damages entitled by the non germane response of the Defendant.

Respectfully submitted this the 14 day of March, 2014.

_John D. Lane_
John D. Lane

John D. Lane
156 Magnolia Drive North
Wiggins, Mississippi 39577
(228) 897-5600
(228) 897-5669