UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JOHN D. LANE**     **PLAINTIFF**

**V.**     **CIVIL NO.: 1:14CV127-HSO-RHW**

**GARDEN PARK MEDICAL CENTER**     **DEFENDANT**

## FINAL JUDGMENT

This matter came on to be heard upon the Proposed Findings of Fact and Recommendation [3] of United States Magistrate Judge Robert H. Walker entered on September 22, 2014. The Court, after a full review and consideration of the pleadings on file, the record as a whole, and relevant legal authorities, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 21st day of October, 2014.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE